```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,      )
                               )
          v.                   ) Criminal No. 09-120
                               )
HOI FAN WONG,                  )
     Defendant.                )
```

## ORDER

AND NOW, this 28th day of July, 2009, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered May 8, 2008, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Friday, August 7, 2009 at 1 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

                              BY THE COURT:


                              s/Gary L. Lancaster          ,J.
                              The Honorable Gary L. Lancaster,
                              United States District Judge

cc:   Gregory C. Melucci,
      Assistant United States Attorney

      Thomas Livingston
      Assistant Federal Public Defender

      U.S. Marshal

      U.S. Pretrial Services

      U.S. Probation

      Susan Metz,
      Clerk's Office